United States District Court
Southern District of Texas
FILED

APR 1 6 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE __SOUTHERN__ DISTRICT OF TEXAS

__BROWNSVILLE__ Division

PETITION FOR A WRIT OF HABEAS CORPUS BY A
PERSON IN STATE CUSTODY

__SIDNEY MICHAEL VALLIE__    __WILLACY__
PETITIONER                    CURRENT PLACE OF CONFINEMENT
(Full name of Petitioner)

                              __#576106__
vs.                           PRISONER ID NUMBER

                              B-02-077

__DAVID FORREST__
RESPONDENT                    CASE NUMBER
(Name of TDCJ Director, Warden, Jailor, or    (Supplied by the Clerk of the District Court)
authorized person having custody of petitioner)

---

INSTRUCTIONS - READ CAREFULLY

1. The petition must be legibly handwritten or typewritten, and signed by the petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except in answer to questions 11 and 20. Do not cite legal authorities. Any additional arguments or facts you want to present must be in a separate memorandum.

3. When the Clerk of Court receives the $5.00 filing fee, the Clerk will file your petition if it is in proper order.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show that you cannot prepay the fees and costs, and (2) if you are confined in TDCJ-ID, you must send in a certified *In Forma Pauperis* Data Sheet from the institution in which you are confined. If you are in an institution other than TDCJ-ID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5. Only judgments entered by one court may be challenged in a single petition. If you want to challenge judgments entered by different courts, either in the same state or in different states, you must file separate petitions as to each court.

6. Include all your grounds for relief and all the facts that support each ground for relief in this petition.

7. When you have finished filling out the petition, mail <u>the original and two copies</u> to the Clerk of the United States District Court for the federal district within which the State court was held which convicted and sentenced you, or to the federal district in which you are in custody. A "VENUE LIST," which lists U.S. District Courts in Texas, their divisions, and the addresses for the clerk's office for each division, is posted in your unit law library. You may use this list to decide where to mail your petition.

8. Petitions that do not meet these instructions may be returned to you.

---

# PETITION

## What are you challenging? (Check only one)

☐ A judgment of conviction or sentence, probation or deferred-adjudication probation   (Answer Questions 1-4, 5-12 & 20-23)

☐ A parole revocation proceeding.   (Answer Questions 1-4, 13-14, & 20-23)

☑ A disciplinary proceeding.   (Answer Questions 1-4, 15-19 & 20-23)

## All petitioners must answer questions 1-4:

1. Name and location of the court (district and county) which entered the conviction and sentence that you are presently serving or that is under attack:
   IN THE 262nd JUDICIAL DISTRICT OF HARRIS

2. Date of judgment of conviction: 9-26-02

3. Length of sentence: 4 YEARS

4. Nature of offense and docket number (if known): CREDIT CARD ABUSE ENHANCED STATE JAIL FELONY.

## Judgment of Conviction or Sentence, Probation or Deferred-Adjudication Probation:

5. What was your plea? (Check one)

   ☐ Not Guilty    ☐ Guilty    ☐ Nolo contendere

6. Kind of trial: (Check one)   ☐ Jury    ☐ Judge Only

7. Did you testify at the trial?  ☐ Yes  ☐ No

8. Did you appeal the judgment of conviction?  ☐ Yes  ☐ No

9. If you did appeal, in what appellate court did you file your direct appeal?

   _____ Cause Number (if known) _____

   What was the result of your direct appeal (affirmed, modified or reversed): _____

   What was the date of that decision? _____

   If you filed a petition for discretionary review after the decision of the court of appeals, answer the following:

   Result: _____

   Date of result: _____ Cause Number (if known): _____

   If you filed a petition for *writ of certiorari* with the United States Supreme Court, answer the following:

   Result: _____

   Date of result: _____

10. Other than a direct appeal, have you filed any petitions, applications or motions from this judgment in any court, state or federal? This includes any state application for writ of habeas corpus that you may have filed.

    ☐ Yes  ☐ No

11. If your answer to 10 is "Yes," give the following information:

    Name of court: _____

    Nature of proceeding: _____

    Cause number (if known): _____

    Date (month, day and year) you <u>filed</u> the petition, application or motion as shown by a file-stamped date from the particular court.

    _____

    Grounds raised: _____

- 3 -                                                                CONTINUED ON NEXT PAGE

<u>Date</u> of final decision: _____

Name of court that issued the final decision: _____


As to any *second* petition, application or motion, give the same information:

Name of court: _____

Nature of proceeding: _____

_____

Date (month, day and year) you <u>filed</u> the petition, application or motion as shown by a file-stamped date from the particular court.

_____

Grounds raised: _____

_____

_____

<u>Date</u> of final decision: _____

Name of court that issued the final decision: _____

*If you have filed more than two petitions, applications, or motions, please attach an additional sheet of paper and give the same information about each petition, application, or motion.*

12. Do you have any future sentence to serve after you finish serving the sentence you are attacking in this petition?
    
    ☐ Yes    ☐ No
    
    (a) If your answer is "yes," give the name and location of the court that imposed the sentence to be served in the future:
    
    _____
    
    _____
    
    (b) Give the date and length of the sentence to be served in the future: _____
    
    _____
    
    (c) Have you filed, or do you intend to file, any petition attacking the judgment for the sentence you must serve in the future?
    
    ☐ Yes    ☐ No

- 4 -

CONTINUED ON NEXT PAGE

**Parole Revocation:**

13. Date and location of your parole revocation: _____

14. Have you filed any petitions, applications, or motions in any state or federal court challenging your parole revocation?

    ☐ Yes        ☐ No

    If your answer is "yes," complete Question 11 above regarding your parole revocation.

**Disciplinary Proceedings:**

15. For your original conviction, was there a finding that you used or exhibited a deadly weapon?        ☐ Yes        ☑ No

16. Are you eligible for mandatory supervised release?        ☑ Yes        ☐ No

17. Name and location of prison or TDCJ Unit that found you guilty of the disciplinary violation:

    WILLACY STATE JAIL

    Disciplinary case number: 20010335448

18. Date you were found guilty of the disciplinary violation: 8-7-01

    Did you lose previously earned good-time credits?        ☑ Yes        ☐ No

    Identify all punishment imposed, including the length of any punishment if applicable, any changes in custody status, and the number of earned good-time credits lost: REDUCTION OF SAT 4 TO LINE 1, 90 DAYS GOOD CONDUCT TIME LOST

19. Did you appeal the finding of guilty through the prison or TDCJ grievance procedure?

    ☑ Yes        ☐ No

    If your answer to Question 19 is "yes," answer the following:

    Step 1 Result: DENIED ON UNIT LEVEL.

    _____

    Date of Result: DON'T REMEMBER.

    Step 2 Result: WAS ADVISED BY WARDEN DAVID FORREST NOT TO FILE STEP 2. SAID HE WOULD RESOLVE ISSUE, BUT DID NOT.

-5-        CONTINUED ON NEXT PAGE

Date of Result: _____

**All applicants must answer the remaining questions:**

20.  State <u>clearly</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting them.

**CAUTION:**
<u>Exhaustion of State Remedies:</u> You must ordinarily present your arguments to the highest state court as to each ground before you can proceed in federal court.
<u>Subsequent Petitions:</u> If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

Following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement is a separate ground for possible relief. You may raise any grounds, even if not listed below, if you have exhausted your state court remedies. However, <u>you should raise in this petition all available grounds</u> (relating to this conviction) on which you base your belief that you are being held unlawfully.

<u>DO NOT JUST CHECK ONE OR MORE OF THE LISTED GROUNDS</u>. Instead, you must also STATE the SUPPORTING FACTS for ANY ground you rely upon as the basis for your petition.

(a)  Conviction obtained by a plea of guilty which was unlawfully induced, or not made voluntarily, or made without an understanding of the nature of the charge and the consequences of the plea.

(b)  Conviction obtained by the use of a coerced confession.

(c)  Conviction obtained by the use of evidence gained from an unconstitutional search and seizure.

(d)  Conviction obtained by the use of evidence obtained from an unlawful arrest.

(e)  Conviction obtained by a violation of the privilege against self-incrimination.

(f)  Conviction obtained by the prosecution's failure to tell the defendant about evidence favorable to the defendant.

(g)  Conviction obtained by the action of a grand or petit jury which was unconstitutionally selected and impaneled.

(h)  Conviction obtained by a violation of the protection against double jeopardy.

(i) ✓  Denial of effective assistance of counsel.

(j)  Denial of the right to appeal.

(k) ✓  Violation of my right to due process in a disciplinary action taken by prison officials.

A. **GROUND ONE:** <u>INEFFECTIVE ASSISTANCE BY COUNSEL SUBSTITUTE</u>

Supporting FACTS (tell your story <u>briefly</u> without citing cases or law):

<u>SUBSTITUTE COUNSEL, MR. A. REYES RENDERED INEFFECTIVE ASSISTANCE BY FAILING TO PROPERLY INVESTIGATE MARY A. HERNANDEZ'S CLAIM OF A SOLICITATING STATEMENT MADE TO HER. COUNSEL FAILED TO PRESENT MITIGATING EVIDENCE OR TESTIMONY. FAILED TO REPRESENT ME AND PROTECT MY RIGHTS AS A PRISONER.</u>

B. **GROUND TWO:** <u>VIOLATION OF MY DUE PROCESS OF LAW IN A DISCIPLINARY HEARING.</u>

Supporting FACTS (tell your story <u>briefly</u> without citing cases or law):

<u>C/O MARY A. HERNANDEZ PRESENTED ONLY HEARSAY EVIDENCE AND NOTHING TANGIBLE, WHICH SHOULD BE INADMISSIBLE EVIDENCE. THE ENTIRE REPORT WAS WRITTEN BASED ON WHAT SHE THOUGHT SHE HEARD, "A SUGGESTIVE REMARK". HER CLAIM WAS VIEWED FAVORABLE TO HER JOB STATUS AND OR POSITION, NOTHING MORE.</u>

C. **GROUND THREE:** <u>VIOLATION OF DUE PROCESS FOR DISCIPLINARY HEARING CONTINUED....,</u>

Supporting FACTS (tell your story <u>briefly</u> without citing cases or law):

<u>C/O MARY A. HERNANDEZ WAS ALLOWED TO REVIEW HER ORIGINAL WRITTEN REPORT BEFORE BEING ALLOWED TO GIVE VERBAL TESTIMONY. IF IN FACT I MADE A REMARK THAT WAS OFFENSE, SHE SHOULD BE ABLE TO REMEMBER WITHOUT BEING ALLOWED TO REVIEW HER REPORT. I NEVER MADE THE STATEMENT SHE CLAIM.</u>

D. **GROUND FOUR:** <u>VIOLATION OF DUE PROCESS OF LAW.</u>

Supporting FACTS (tell your story briefly without citing cases or law):

<u>WARDEN DAVID FORREST ADVISED ME NOT TO FILE A STEP 2 APPEAL GRIEVANCE BECAUSE HE WOULD REVIEW AND "HELP" ME. HE SAID IF I FILED A STEP 2 I WOULD BE GOING OVER HIS HEAD AND HE WOULD NOT BE ABLE TO "HELP" ME. WARDEN DAVID FORREST INTERFERED WITH THE APPEAL PROCESS.</u>

21. Have you previously filed a federal habeas petition attacking the same conviction, parole revocation, or disciplinary proceeding that you are attacking in this petition?

    ☑ Yes    ☐ No

    If your answer is "yes," give the date on which each petition was filed, the federal court in which it was filed, and whether the petition was (a) dismissed without prejudice or (b) denied.

    <u>A 42 U.S.C. § 1983 WAS FILED ON 1-2-02 ON DOCKET AS OF 1-10-02 AT 9:23 AM CIVIL CASE # 01-CV-215, DISMISSED, UNITED STATES DISTRICT COURT SOUTHER DISTRICT</u>

22. Are any of the grounds listed in paragraph 20 above presented for the first time in this petition?

    ☑ Yes    ☐ No

    If your answer is "yes," state briefly what grounds are presented for the first time and give your reasons for not presenting them to any other court, either state or federal.

    <u>ONLY GROUND #4 FOUR WAS NOT PRESENTED IN MY ORIGINAL FILING OF MY 42 U.S.C. § 1983 BECAUSE I WAS UNAWARE THAT WAS A REVIEWABLE GROUND. MORE RESEARCH WAS NEEDED DUE TO MY LACK OF KNOWLEDGE OF DUE PROCESS OF LAW.</u>

CONTINUED ON NEXT PAGE

23. Do you have any habeas corpus proceedings or appeals now pending in any court, either state or federal, relating to the judgment or proceeding under attack?

☐ Yes  ☒ No

If "yes," identify each type of proceeding that is pending (i.e., direct appeal, art. 11.07 application, or federal habeas petition), the court in which each proceeding is pending, and the date each proceeding was filed.

_____

_____

Wherefore, petitioner prays that the Court grant him the relief to which he may be entitled.

_____PRO-SE_____
Signature of Attorney (if any)

_____

_____

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed on _____ (date).

_____Sidney Vallie_____
Signature of Petitioner (<u>required</u>)

Petitioner's current address: 1695 S. Buffalo DR,

_____RAYMONDVILLE, TX 78580_____

_____

- 9 -