United States District Court
Southern District of Texas
FILED

APR 16 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF TEXAS
_Brownsville_ DIVISION

_Sidney Vallie_
Plaintiff's name and ID Number

_Willacy State Jail_
Place of Confinement

v.

_David Forrest_
Defendant's name and address

CASE NO. __B-02-077__
(Clerk will assign the number)

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, _Sidney Vallie_, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment           Yes☐  No☑
   b. Rent payments, interest or dividends?                   Yes☐  No☑
   c. Pensions, annuities or life insurance payments?         Yes☐  No☑
   d. Gifts or inheritances?                                  Yes☐  No☑
   e. Family or friends?                                      Yes☑  No☐
   f. Any other sources?                                      Yes☐  No☑

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   _20.00 Sept 2001_

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
   Yes☐           No☑
   If you answered YES, state the total value of the items owned.

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

   Yes ☐           No ☑

   If you answered YES, describe the property and state its approximate value.

   _____
   _____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the __11__ day of __April__, 19__ 2002

_Sidney Vallie_        576106
Signature of Plaintiff    ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

2                                                          ATCIFP

Attachment 1

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## RECORDS RELEASE AUTHORIZATION

I, the below named and numbered offender, hereby authorize the Texas Department of Criminal Justice to release records pertaining to my trust fund account, as requested by _US District Court Southern_ (Identify Court, Attorney, etc.).

I, offender _Sidney Vallie_ TDCJ # _576106_, being presently incarcerated at the _Willacy State Jail_, Unit/Facility of the Texas Department of Criminal Justice, in _Willacy/Cameron_ County, Texas declare under penalty of perjury that the foregoing is true and correct.

Executed on this the __11__ day of __April__, ~~19~~ 2002.

By: _Sidney Vallie_ (Offender Signature)       Witness: _____ (Approved - Witnessing Authority Signature)

**INSTRUCTIONS:**
1. The offender completes above information, signs and dates the Records Release Authorization in the presence of the approved witnessing authority (Access to Courts Representative).
2. The witnessing authority identifies the offender by ID card or records and, upon verification, witnesses the offender's signature by signing the Records Release Authorization, which the witnessing authority will maintain.
3. The witnessing authority prints out a copy of the offender's trust fund balance which the witnessing authority certifies. The certified copy is then provided to the offender.
4. The offender is required to have an addressed, stamped envelope prepared for mailing. The trust fund printout is immediately place in the addressed and stamped envelope and the envelope is sealed and placed in the outgoing mail.

**NOTE:** Trust fund information is for Court purposes ONLY. Any other inquires or questions regarding trust fund information, balances, deposits, withdrawals, etc. are to be submitted to TDCJ Offender Trust Fund Department.

ATC - Authorization No. 1 (10/95)

```
CSINIB01           TEXAS DEPARTMENT OF CRIMINAL JUSTICE            04/11/02
                      TRUST FUND BANKING HISTORY                   13:21:34
                       AS OF 04/10/02 23.47.46

 TDCJ-NO 00576106 NAME- VALLIE,SIDNEY MICHAEL          CURRENT-BAL-      .00
   DATE    AMOUNT UT TP RPT-PG   CD DESCRIPTION           SENDEE
 10/11/01     .42    CM WI15/IR  B4                       101101143157241539
 11/05/01     .00    CM WI15/IR  B4                       110301154957241539
 12/10/01     .00    CM WI15/IR  B4                       121001140457241539
 03/05/02    3.00 WI MC WI12/    B4 000005 000295DVA6331 PP 010402190000000000




           END OF HISTORY DATA          PRESS ENTER FOR MORE RECORDS
 PF4 PREVIOUS RECORDS PF2 FIRST RECORD OF HISTORY PF9 FIRST REC OF CURRENT MONTH
 ENTER TDCJ NUMBER:          OR SID NUMBER:
```

*To the best of my knowledge this is a true and accurate Trust Fund Banking History for Sidney Vallie # 576106. on this day Thursday April 11 2002.*



COLETTE WATT
NOTARY PUBLIC
State of Texas
Comm. Exp. 04-25-2005