AO 240A (1/94)

United States District Court
Southern District of Texas
ENTERED
MAY 15 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

# United States District Court

__Southern__ DISTRICT OF __Texas__
__Brownsville Division__

Sidney Michael Vallie

Plaintiff

V.

David Forrest, Warden

Defendant

ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

CASE NUMBER: CAB-02-77

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915;

IT IS ORDERED that the application is:

☑ GRANTED.

☐ The clerk is directed to file the complaint.

☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

ENTER this __13th__ day of __May__, __2002__

_____
Signature of Judicial Officer

U.S. Magistrate Judge
Name and Title of Judicial Officer