IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SIDNEY VALLIE, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-02-077 |
| | § | |
| JANIE COCKRELL, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, | § | |
| INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

**RESPONDENT COCKRELL'S FIRST MOTION
FOR EXTENSION OF TIME WITH BRIEF IN SUPPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Respondent, Janie Cockrell, Director ("the Director"), the Texas Department of Criminal Justice, Institutional Division ("TDCJ-ID"), through her attorney, the Attorney General of Texas, and files this her First Motion for Extension of Time with Brief in Support.

**I.**

This is a habeas corpus case brought by a Texas state prisoner, Sidney Vallie ("Vallie"), under 28 U.S.C. §§ 2241, 2254. The Director is ordered to file an answer in this case on or before July 15, 2002.

**II.**

The Petitioner, Vallie, has filed a petition challenging his disciplinary proceeding. Fed. Writ Pet., at 2. While the undersigned has ordered Vallie's disciplinary and grievance records, the undersigned has not yet received those records. Moreover, the undersigned will need an opportunity to review those records and determine an appropriate response to Vallie's allegations presented in his application for federal writ of habeas corpus. Therefore, additional time is necessary for the undersigned to receive and review the records.

Accordingly, the Director respectfully requests a thirty day extension in which the undersigned attorney can receive and review Vallie's records, coordinate her duty in this case with other matters due within that time period, and draft an appropriate response to Vallie's federal habeas claims.

### III.

WHEREFORE, PREMISES CONSIDERED, the Director respectfully moves this court for an extension of time of thirty days from July 15, 2002 up to and including August 14, 2002 within which to file a responsive pleading to this petition for federal writ of habeas corpus.

Respectfully submitted,

JOHN CORNYN
Attorney General

HOWARD G. BALDWIN, JR.
First Assistant Attorney General

MICHAEL T. McCAUL
Deputy Attorney General
for Criminal Justice

S. MICHAEL BOZARTH
Assistant Attorney General
Chief, Habeas Corpus Division

*Lead Counsel

M. IRENE DELGADILLO*
Assistant Attorney General
Habeas Corpus Division
State Bar No. 24031568
Southern District Bar No. 30831

P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 936-1400
(512) 936-1280 (Fax)

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF CONFERENCE

I, M. Irene Delgadillo, Assistant Attorney General of Texas, do hereby certify that a conference is not possible because Petitioner is representing himself *pro se* in this cause and is incarcerated in the Texas Department of Criminal Justice, Institutional Division. Respondent refuses to speculate on whether Petitioner will oppose this motion.

                                              M. IRENE DELGADILLO
                                              Assistant Attorney General

## CERTIFICATE OF SERVICE

I, M. Irene Delgadillo, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent Cockrell's First Motion for Extension of Time has been served by placing same in the United States mail, postage prepaid, on this the 9th day of July 2002, addressed to:

Sidney Vallie
TDCJ-ID# 576106
Willacy State Jail
1695 S. Buffalo Drive
Raymondsville, Texas 78580

                                              M. IRENE DELGADILLO
                                            Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| *SIDNEY VALLIE,* | § | |
| Petitioner, | § | |
| | § | |
| *V.* | § | |
| | § | CIVIL ACTION NO. B-02-077 |
| *JANIE COCKRELL, DIRECTOR,* | § | |
| *TEXAS DEPARTMENT OF* | § | |
| *CRIMINAL JUSTICE,* | § | |
| *INSTITUTIONAL DIVISION,* | § | |
| Respondent. | § | |

**ORDER**

On the motion of Respondent, the Respondent's time for filing an answer is extended up to and including August 14, 2002.

It is so ORDERED.

SIGNED on this the _____ day of _____, 2002.

                                                                  _____
                                                                  JUDGE PRESIDING