IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 11 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SIDNEY VALLIE, | § | |
|     Petitioner, | § | |
| | § | |
| V. | § | |
| | § | CIVIL ACTION NO. B-02-077 |
| JANIE COCKRELL, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, | § | |
| INSTITUTIONAL DIVISION, | § | |
|     Respondent. | § | |

## ORDER

On the motion of Respondent, the Respondent's time for filing an answer is extended up to and including August 14, 2002.

It is so ORDERED.

SIGNED on this the 11 day of July, 2002.

_____
JUDGE PRESIDING