CAB-02-77    9-19-02

⑧

Sidney Vallie
#576106
Gib Lewis Unit
P.O. Box 9000
Woodville, Texas 75990

MAIL
United States District Court
Southern District of Texas
RECEIVED
SEP 23 2002
Michael N. Milby, Clerk of Court

The Honorable Michael Milby, Clerk
United States District Court
Southern District of Texas
Brownsville Division
600 E. Harrison St. #101
Brownsville, Tx 78520

United States District Court
Southern District of Texas
FILED
SEP 23 2002
Michael N. Milby
Clerk of Court

Dear Mr. Milby, I would like to inform the Court of my new unit of assignment.

I want to also bring to the attention of the Court of the error of the Director, Janie Cockerell has made pursuant to Civil Action No. B-02-077. Janie Cockerell has defended and filed a Brief and Summary Judgement of an incorrect disciplinary case no. The case number I filed the 28 U.S.C. § 2254 on is case no. 20010335448. The case the Director has defended is case no. 20020026778. This is a form of incompetence on the Director's behalf. Court should grant my relief.