IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS - BROWNSVILLE DIVISION

10

SIDNEY VALLIE,

PETITIONER,

V

JANIE COCKRELL, DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, INSTITUTIONAL DIVISION
RESPONDENT.

CIVIL ACTION No. B-02-77

United States Courts
Southern District of Texas
FILED

NOV 1 2 2002

Michael N. Milby, Clerk

## PETITIONER'S OBJECTION/REBUTTAL TO RESPONDENT'S AND MAGISTRATE'S REPORT AND RECOMMENDATION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, SIDNEY VALLIE, PRO-SE, AND FILES THIS REBUTTAL TO RESPONDENT COCKRELL AND MAGISTRATES REPORT AND RECOMMENDATION AND WOULD SHOW THIS COURT THE FOLLOWING;

### I.
### Jurisdiction

THE COURT HAS JURISDICTION OVER THE SUBJECT MATTER AND THE PARTIES PURSUANT TO 28 U.S.C. § 2254.

### II.
### Statement of Case

THE RESPONDENT AND THE MAGISTRATE MENTIONS IN IT'S REQUEST AT PAGE 1 THAT PETITIONER WAS FOUND GUILTY OF ENGAGING IN A FIGHT UNDER DISCIPLINARY CASE NUMBER 20020026778.

PETITIONER WOULD LIKE TO POINT OUT TO THE HONORABLE JUDGE OF SAID COURT THAT DESPITE AN ORDER FOR EXTENTION OF TIME

WITH BRIEF IN SUPPORT, RESPONDENT FAILED IN HER OFFICIAL CAPACITY TO REVIEW AND RESPOND TO THE PROPER DISCIPLINARY CASE. THE CORRECT DISCIPLINARY CASE PETITIONER IS SEEKING RELIEF FOR IS SOLICITING ASSISTANCE FROM AN OFFICER, A LEVEL II CODE 30 VIOLATION. SAID DISCIPLINARY CASE WAS PROCESSED ON 8-7-01, PETITIONER WAS FOUND GUILTY AND THE PUNISHMENT IMPOSED WAS A REDUCTION OF PETITIONER'S STATE APPROVED TRUSTY STATUS IV TO A LINE I. THE PETITIONER IS CLAIMING EXCESSIVE PUNISHMENT DUE TO PETITIONER HAD NO MAJOR CASES PRIOR TO CASE. THE CORRECT CASE NUMBER IS 20010335448, NOT CASE NUMBER 20020026778 AS INDICATED ON PAGE 1 OF THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DIRECTOR JANIE COCKRELL'S SUMMARY JUDGMENT WITH BRIEF IN SUPPORT. (PLEASE SEE PAGE 5 OF PETITIONER'S WRIT OF HABEAS CORPUS 28 USC § 2254) TO CONFIRM THE CORRECT CASE NUMBER THAT SHOULD BE UNDER REVIEW. RESPONDENT HAS SHOWN AND EXIBITED A LEVEL OF INCOMPETENCE BY FAILING TO REVIEW AND RESPOND TO THE PROPER SAID CASE NUMBER (20010335448) DESPITE BEING GRANTED A 30 DAY EXTENTION. PETITIONER TOTAL PUNISHMENT IMPOSED FOR SAID CASE WAS A LOSS OF 90 DAYS GOOD CONDUCT TIME AND A REDUCTION OF HIS STATE APPROVED TRUSTY STATUS IV TO LINE CLASS I, 15 DAYS SOLITARY AND 45 DAYS COMMISSARY AND RECREATION RESTRICTION.

PETITIONER IS ONLY SEEKING RELIEF FOR REINSTATMENT OF SAID STATE APPROVED TRUSTY IV AND 90 DAYS GOOD TIME.

## III.

THIS COURT SHOULD GRANT RELIEF FOR THESE FACTUAL REASONS.....;

(1). RESPONDENT FAILED TO REVIEW PROPER CASE NUMBER DESPITE BEING GRANTED 30 ADDITIONAL DAYS.

(2). RESPONDENT HAS EXIBITED GROSS INCOMPETENCE AND NEGLIGENCE, (PLEASE SEE AFFIDAVIT OF SUSAN SCHUMACHER FOR CORRECT CASE NUMBER).

(3). PETITIONER HAS NOT BEEN AFFORDED THE RIGHT TO A FAIR AND IMPARTIAL REVIEW OF HIS ACTUAL DISCIPLINARY CASE (20010335448), DUE TO A GRAVE AND FRIVOLOUS ERROR.

(4). PETITIONER IS A MANDATORY SUPERVISION PROSPECT AND FAILURE TO REVIEW AND REINSTATE SAID GOOD TIME WITH A PROPER REVIEW DEPRIVES PETITIONER FOR PAROLE RELEASE AND HAS DELAYED RELEASE UNDER MANDATORY SUPERVISION.

## IV

## RELIEF REQUESTED

PETITIONER REQUEST COURT GRANT THE REQUESTED RELIEF AND ORDER MAJOR CASE NUMBER 20010335448 BE OVERTURNED AND ALL LOSES BE RESTORED, I.E....., 90 DAYS GOOD CONDUCT TIME AND STATE APPROVE TRUSTY STATUS IV. PETITIONER REQUEST RESPONDENT, JANIE COCKRELL, ("THE DIRECTOR, T.D.C.J.-ID") NOT BE ALLOWED TO RE-FILE DUE TO AN INADEQUATE, INEFFECTIVE, AND IMPROPER OR INCOMPETENT REVIEW. SET ASIDE AND DISMISS MAGISTRATE'S FRIVOLOUS RECOMMENDATION.

## PRAYER

WHEREFORE, PETITIONER PRAY THAT ALL REQUESTED RELIEF BE INDENTIFIED HEREIN AND ANY OTHER THAT THIS HONORABLE COURT DEEMS HE'S ENTITLED TO AS A MATTER OF CONSTITUTIONAL LAW.

RESPECTFULLY SUBMITTED,

*Sidney Vallie*

## VERIFICATION

I, SIDNEY VALLIE, DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AS WRITTEN AND STATED TO THE BEST OF MY KNOWLEDGE.

EXECUTED ON THIS 8TH DAY OF NOVEMBER 2002.

*Sidney Vallie*
PETITIONER

## CERTIFICATE OF SERVICE

I, SIDNEY VALLIE #576106 CERTIFY THAT I HAVE DELIVERED UPON THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS BROWNSVILLE DIVISION, A TRUE AND CORRECT COPY OF THE ABOVE AND FOREGOING PETITIONER'S OBJECTION/REBUTTAL TO RESPONDENT'S AND MAGISTRATE'S REPORT AND RECOMMENDATION HAVE BEEN SERVED BY PLACING THE SAME IN THE UNITED STATES POSTAL SERVICE ON THIS 8TH DAY OF NOVEMBER 2002, ADDRESS TO THE LISTED:

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
P.O. BOX 61010
HOUSTON, TEXAS 77208