UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 5 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SIDNEY VALLIE,<br>Petitioner, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. B-02-077 |
| JANIE COCKRELL, DIRECTOR,<br>TEXAS DEPARTMENT OF CRIMINAL<br>JUSTICE, INSTITUTIONAL DIVISION,<br>Respondent. | §<br>§<br>§<br>§ | |

## ORDER

Before the Court is Petitioner's Objections to the Magistrate Judge's Report and Recommendation (Doc. #10). In the objections, Petitioner claims that Respondent has addressed the wrong disciplinary case number in its Motion for Summary Judgment. Respondent is hereby ORDERED to respond to this objection on or before December 20, 2002.

DONE at Brownsville, Texas this 5th day of December, 2002.

Felix Recio
United States Magistrate Judge