UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SIDNEY VALLIE, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. B-02-077 |
| JANIE COCKRELL, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S AMENDED REPORT AND

## RECOMMENDATION

Before the Court is Magistrate Judge's Amended Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Amended Report and Recommendation be adopted. Furthermore, Petitioner's 28 U.S.C. §2254 Petition is hereby DENIED, and Respondent's Motion for Summary Judgment (Doc. # 7) is hereby GRANTED.

DONE in Brownsville, Texas on this 5th day of February, 2003.

Hilda G. Tagle
United States District Judge